255 SCUREMAN vs. CIRCUIT JUDGE (Ionia), No. 12299½.

To compel respondent to quash an information.
Order to show cause denied November 11, 1891.

256 BARRON vs. CIRCUIT JUDGE (Bay), No. 14667½.

To quash an indictment returned by a grand jury against relator as drain commissioner, for willful neglect of duty under How. Stat., Sec. 9257.
Order to show cause denied January 31, 1895.

257 TURNER (Pros. Attorney) vs. CIRCUIT JUDGE (Muskegon), No. 13256, 95 M., 1.

To vacate an order quashing an information filed against a supervisor, charging willful neglect of duty, under Act No. 200, Laws of 1891.
Granted March 10, 1893, without costs.